# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUZANNE BERISH, et al., | |
| Plaintiffs, | CIVIL ACTION NO. 3:10-1981 |
| v. | (JUDGE CAPUTO) |
| SOUTHWESTERN ENERGY PRODUCTION COMPANY and SOUTHWESTERN ENERGY COMPANY, | |
| Defendants. | |

## ORDER

**NOW**, this 3rd day of May, 2012, **IT IS HEREBY ORDERED** that Plaintiffs' Motion for Extension of Time to Amend Complaint (Doc. 36) is **GRANTED in part and DENIED in part** as follows:

(1) Plaintiffs' motion for leave to file a Third Amended Complaint stating claims of negligence, private nuisance, strict liability, trespass and violation of the Pennsylvania Hazardous Sites Cleanup Act against Halliburton Energy Services, Inc., BJ Services Company, Schlumberger Limited, and Union Drilling, Inc. is **GRANTED**. Plaintiffs may file a Third Amended Complaint within **twenty-one (21) days** from the date of entry of this Order.

(2) Plaintiffs' motion for leave to file a Third Amended Complaint to state a claim for fraudulent misrepresentation against Southwestern Energy Production Company is **DENIED**.

          /s/ A. Richard Caputo  
          A. Richard Caputo  
          United States District Judge