# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUZANNE BERISH, *et al*;<br><br>                    Plaintiffs,<br><br>          v.<br><br>SOUTHWESTERN ENERGY PRODUCTION COMPANY, HALLIBURTON ENERGY SERVICES, INC., BJ SERVICES COMPANY, USA, SCHLUMBERGER, LIMITED, and UNION DRILLING, INC.<br><br>                    Defendants. | : Civil Action No.  3:10-cv-01981-ARC<br>: Electronically Filed<br>: (Judge Caputo)<br>:<br>:<br>:<br>: **STIPULATION OF**<br>: **VOLUNTARY DISMISSAL OF**<br>: **SCHLUMBERGER**<br>: **TECHNOLOGY**<br>: **CORPORATION**<br>:<br>:<br>:<br>:<br>:<br>: |

It is hereby **STIPULATED** and **AGREED** by and between counsel for Defendant, Schlumberger Technology Corporation (named "Schlumberger Limited" in the Complaint) ("STC"), counsel for Plaintiffs and all other parties, that STC shall be voluntarily dismissed, without prejudice as of the date of the Court's approval and execution of this Stipulation.

By: /s/ Laurie Alberts Salita  
Laurie Alberts Salita, PA ID 87884  
Blank Rome LLP  
One Logan Square  
130 N. 18th Street  
Philadelphia, PA  19103-6998  
Tel:  (215) 569-5500  
Fax:  (215) 569-5555  
salita@blankrome.com  
Attorneys for Defendant  
*Schlumberger Technology Corporation*

By: /s/ William J. Dubanevich  
William J. Dubanevich (Pro hac vice)  
Parker Waichman LLP  
6 Harbor Park Drive  
Port Washington, NY  11050  
Tel:  (516) 466-6500  
Fax:  (516) 723-4733  
wdubanevich@yourlawyer.com  
*On behalf of all Plaintiffs*

Of counsel:
Raymond G. Mullady, Jr.
Blank Rome LLP
Watergate
600 New Hampshire Ave., N.W.
Washington, D.C. 20031
Tel: (202) 772-5800
Fax: (202) 772-5858
mullady@blankrome.com
*Attorneys for Defendant*
*Schlumberger Technology Corporation*

By: /s/ Matthew M. Haar
Saul Ewing LLP
2 North Second Street, 7th Floor
Harrisburg, PA 17101
Tel: (717) 257-7506 or 7508
mhaar@saul.com
*Counsel for Defendant BJ Services*
*Company, U.S.A.*

By: /s/ David P. Helwig
Marks, O'Neill, O'Brien & Courtney, P.C.
2600 Gulf Tower, 707 Grant Street
Pittsburgh, PA 15219
dhelwig@mooclaw.com

Patricia Fecile-Moreland
Marks, ONeill, O'Brien & Courtney, P.C.
1800 John F. Kennedy Blvd., Suite 1900
Philadelphia, PA 19103
Tel: (215) 564-6688
pmoreland@mooclaw.com
*Counsel for Defendant Union Drilling, Inc.*

By: /s/ David R. Fine
George A. Bibkos
K&L Gates LLP
Market Square Plaza
17 N. Second Street, 18th Floor
Harrisburg, PA 17101
Tel: (717) 231-4500
Fax: (717) 231-4501
David.fine@klgates.com
*Attorneys for Defendants Southwestern*
*Energy Production Company and Halliburton*
*Energy Services, Inc.*

Neil S. Witkes
Manko, Gold & Katcher
401 City Avenue, Suite 500
Bala Cynwyd, PA 19004
Tel: (610) 660-5700
nwitkes@mgkflaw.com
*Counsel for Defendant Halliburton Energy*
*Services, Inc.*

**APPROVED AND SO ORDERED THIS \_\_\_\_ DAY OF _____, 2012.**

**BY THE COURT:**

_____

-2-
137662.00603/22160910v.1
137662.00603/22174092v.1

Of counsel:
Raymond G. Mullady, Jr.
Blank Rome LLP
Watergate
600 New Hampshire Ave., N.W.
Washington, D.C. 20031
Tel: (202) 772-5800
Fax: (202) 772-5858
mullady@blankrome.com
*Attorneys for Defendant*
*Schlumberger Technology Corporation*

By: /s/ Matthew M. Haar
Saul Ewing LLP
2 North Second Street, 7th Floor
Harrisburg, PA 17101
Tel: (717) 257-7506 or 7508
mhaar@saul.com
*Counsel for Defendant BJ Services*
*Company, U.S.A.*

By: /s/ David P. Helwig
Marks, O'Neill, O'Brien & Courtney, P.C.
2600 Gulf Tower, 707 Grant Street
Pittsburgh, PA 15219
dhelwig@mooclaw.com

Patricia Fecile-Moreland
Marks, ONeill, O'Brien & Courtney, P.C.
1800 John F. Kennedy Blvd., Suite 1900
Philadelphia, PA 19103
Tel: (215) 564-6688
pmoreland@mooclaw.com
*Counsel for Defendant Union Drilling, Inc.*

By: /s/ David R. Fine
George A. Bibkos
K&L Gates LLP
Market Square Plaza
17 N. Second Street, 18th Floor
Harrisburg, PA 17101
Tel: (717) 231-4500
Fax: (717) 231-4501
David.fine@klgates.com
*Attorneys for Defendants Southwestern*
*Energy Production Company and Halliburton*
*Energy Services, Inc.*

Neil S. Witkes
Manko, Gold & Katcher
401 City Avenue, Suite 500
Bala Cynwyd, PA 19004
Tel: (610) 660-5700
nwitkes@mgkflaw.com
*Counsel for Defendant Halliburton Energy*
*Services, Inc.*

**APPROVED AND SO ORDERED THIS \_\_\_\_ DAY OF _____, 2012.**

**BY THE COURT:**

_____

-2-
137662.00603/22160910v.1
137662.00603/22174092v.1

-3-

## CERTIFICATE OF SERVICE

 Laurie Alberts Salita, hereby certifies that on November 5, 2012, she caused a true and correct copy of the foregoing Stipulation of Voluntary Dismissal to be electronically filed with the Clerk of Court using the CM/ECF system, and on all counsel of record via the Court's electronic filing system.

 /s/ Laurie Alberts Salita
Laurie Alberts Salita, PA ID 87884
Blank Rome LLP
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103-6998
Tel: (215) 569-5500
Fax: (215) 569-5555
salita@blankrome.com
Attorneys for Defendant
*Schlumberger Technology Corporation*

137662.00603/22160910v.1
137662.00603/22174092v.1