# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| SUZANNE BERISH, *et al*; | : Civil Action No.  3:10-cv-01981-ARC |
| | : Electronically Filed |
| Plaintiffs, | : (Judge Caputo) |
| | : |
| v. | : |
| | : **STIPULATION OF** |
| SOUTHWESTERN ENERGY | : **COUNSEL EXTENDING** |
| PRODUCTION COMPANY, | : **TIME FOR SCHLUMBERGER** |
| HALLIBURTON ENERGY | : **TECHNOLOGY** |
| SERVICES, INC., BJ SERVICES | : **CORPORATION TO RESPOND** |
| COMPANY, USA, | : **TO SUBPOENA** |
| SCHLUMBERGER, LIMITED, and | : |
| UNION DRILLING, INC. | : |
| | : |
| Defendants. | : |

It is hereby **STIPULATED** and **AGREED** by and between counsel for

Defendant, Schlumberger Technology Corporation (incorrectly sued as

"Schlumberger Limited") ("STC"), and counsel for Plaintiffs, that the time

within which STC may respond to Plaintiffs' subpoena and request for

production of documents issued and served on or about October 26, 2012 is

extended for thirty (30) days, or until December 6, 2012.  The reason for the

requested extension is that the parties are attempting to draft and agree to terms

of a Protective Order governing discovery to be submitted for Court approval.

No other extensions of this deadline have previously been requested or received.

By: /s/ Laurie Alberts Salita
Laurie Alberts Salita, PA ID 87884
Blank Rome LLP
One Logan Square

By: /s/ William J. Dubanevich
William J. Dubanevich (Pro hac vice)
Parker Waichman LLP
6 Harbor Park Drive

130 N. 18th Street
Philadelphia, PA  19103-6998
Tel:  (215) 569-5500
Fax: (215) 569-5555
salita@blankrome.com
Attorneys for Defendant
*Schlumberger Technology Corporation*

Of counsel:

Raymond G. Mullady, Jr.
Blank Rome LLP
Watergate
600 New Hampshire Ave., N.W.
Washington, D.C. 20031
Tel:  (202) 772-5800
Fax:  (202) 772-5858
mullady@blankrome.com
Attorneys for Defendant
*Schlumberger Technology Corporation*

Port Washington, NY  11050
Tel:  (516) 466-6500
Fax:  (516) 723-4733
wdubanevich@yourlawyer.com
Attorneys for Plaintiffs

SO ORDERED:

11/6/12

**A. Richard Caputo**
**United States District Judge**