UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUZANNE BERISH, *et al*; | : Civil Action No.  3:10-cv-01981-ARC |
| | : Electronically Filed |
| Plaintiffs, | : (Judge Caputo) |
| | : |
| v. | : |
| | : **STIPULATION OF** |
| SOUTHWESTERN ENERGY | : **VOLUNTARY DISMISSAL OF** |
| PRODUCTION COMPANY, | : **SCHLUMBERGER** |
| HALLIBURTON ENERGY | : **TECHNOLOGY** |
| SERVICES, INC., BJ SERVICES | : **CORPORATION** |
| COMPANY, USA, | : |
| SCHLUMBERGER, LIMITED, and | : |
| UNION DRILLING, INC. | : |
| | : |
| Defendants. | : |

It is hereby **STIPULATED** and **AGREED** by and between counsel for Defendant, Schlumberger Technology Corporation (named "Schlumberger Limited" in the Complaint) ("STC"), counsel for Plaintiffs and all other parties, that STC shall be voluntarily dismissed, without prejudice as of the date of the Court's approval and execution of this Stipulation.

By: /s/ Laurie Alberts Salita
Laurie Alberts Salita, PA ID 87884
Blank Rome LLP
One Logan Square
130 N. 18th Street
Philadelphia, PA  19103-6998
Tel:  (215) 569-5500
Fax:  (215) 569-5555
salita@blankrome.com
Attorneys for Defendant
*Schlumberger Technology Corporation*

By: /s/ William J. Dubanevich
William J. Dubanevich (Pro hac vice)
Parker Waichman LLP
6 Harbor Park Drive
Port Washington, NY  11050
Tel:  (516) 466-6500
Fax:  (516) 723-4733
wdubanevich@yourlawyer.com
*On behalf of all Plaintiffs*

Of counsel:
Raymond G. Mullady, Jr.
Blank Rome LLP
Watergate
600 New Hampshire Ave., N.W.
Washington, D.C. 20031
Tel: (202) 772-5800
Fax: (202) 772-5858
mullady@blankrome.com
*Attorneys for Defendant
Schlumberger Technology Corporation*

By: /s/ Matthew M. Haar
Saul Ewing LLP
2 North Second Street, 7th Floor
Harrisburg, PA 17101
Tel: (717) 257-7506 or 7508
mhaar@saul.com
*Counsel for Defendant BJ Services
Company, U.S.A.*

By: /s/ David P. Helwig
Marks, O'Neill, O'Brien & Courtney, P.C.
2600 Gulf Tower, 707 Grant Street
Pittsburgh, PA 15219
dhelwig@mooclaw.com

Patricia Fecile-Moreland
Marks, ONeill, O'Brien & Courtney, P.C.
1800 John F. Kennedy Blvd., Suite 1900
Philadelphia, PA 19103
Tel: (215) 564-6688
pmoreland@mooclaw.com
*Counsel for Defendant Union Drilling, Inc.*

By: /s/ David R. Fine
George A. Bibkos
K&L Gates LLP
Market Square Plaza
17 N. Second Street, 18th Floor
Harrisburg, PA 17101
Tel: (717) 231-4500
Fax: (717) 231-4501
David.fine@klgates.com
*Attorneys for Defendants Southwestern
Energy Production Company and Halliburton
Energy Services, Inc.*

Neil S. Witkes
Manko, Gold & Katcher
401 City Avenue, Suite 500
Bala Cynwyd, PA 19004
Tel: (610) 660-5700
nwitkes@mgkflaw.com
*Counsel for Defendant Halliburton Energy
Services, Inc.*

APPROVED AND SO ORDERED THIS 6th DAY OF November, 2012.

BY THE COURT:

_____

137662.00603/22160910v.1
137662.00603/22174092v.1