# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SUZANNE BERISH, *et al.*,

    Plaintiffs,

v.

SOUTHWESTERN ENERGY PRODUCTION COMPANY, *et al.*,

    Defendants.

CIVIL ACTION NO. 3:CV-10-1981

(JUDGE CAPUTO)

## ORDER

**NOW**, this 27th day of August, 2013, upon consideration of the issues raised during today's telephone conference, **IT IS HEREBY ORDERED** that:

(1) Defendant Southwestern Energy Production Company and non-party Schlumberger Technology Corporation **shall** file briefs addressing the discovery issues raised during today's telephone conference **on or before September 6, 2013**.

(2) Plaintiffs **shall** file opposition briefs to Southwestern Energy Production Company's brief and Schlumberger Technology Corporation's brief **on or before September 17, 2013**.

(3) Southwestern Energy Production Company and Schlumberger Technology Corporation **may** file reply briefs **on or before September 23, 2013**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge