IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUZANNE BERISH, et al., | : | No. 10-1981 |
| Plaintiffs, | : | (Electronically filed) |
| vs. | : | Judge Caputo |
| SOUTHWESTERN ENERGY PRODUCTION COMPANY, et al. | : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs and all Defendants hereby stipulate to the dismissal with prejudice of all remaining claims. Except as provided in a contemporaneously executed settlement agreement, all parties shall bear their own fees and costs.

s/ William J. Dubanevich
William J. Dubanevich
*Counsel for Plaintiffs*

s/ David R. Fine
David R. Fine
*Counsel for Southwestern Energy Production Company and Halliburton Energy Services, Inc.*

s/ Amy E. Parker
Amy E. Parker
*Counsel for B.J. Services Company, U.S.A.*

s/ David P. Helwig
David P. Helwig
*Counsel for Union Drilling, Inc.*

Approved by the Court:

_____ 9/6/16
A. Richard Caputo
United States District Judge